State v. McKay

STATE OF NORTH CAROLINA v. RUSSELL L. McKAY

No. 7114SC211

(Filed 31 March 1971)

Larceny § 8— instructions

The trial court did not commit prejudicial error in its instructions on a charge of larceny pursuant to a breaking and entering.

APPEAL by defendant from *Bickett, Superior Court Judge,* 2 November 1970 Criminal Session, DURHAM Superior Court.

Defendant was tried on a bill of indictment, proper in form, charging him with the felonies of breaking and entering and larceny. From a verdict of guilty on both counts and judgment thereon, the defendant appealed.

*Attorney General Robert Morgan by Trial Attorney H. A. Cole, Jr., for the State.*

*Hofler, Mount, White and Long by Edwin J. Walker, Jr., for defendant appellant.*

VAUGHN, Judge.

Defendant, represented by court-appointed counsel, brings forward only one assignment of error and that is directed to a portion of the court's charge on the second count of the bill of indictment which charged larceny pursuant to a breaking and entering. An examination of the challenged instruction discloses no prejudicial error. Judge Bickett correctly declared and explained the law arising on the evidence in the case.

No error.

Judges BROCK and MORRIS concur.